UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIE J. BROWN                  JURY TRIAL DEMANDED

v.                                 CASE NO. 3:11CV

LAW OFFICES HOWARD LEE SCHIFF, P.C.

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is a law firm in the practice of consumer debt collection.

6. Defendant engaged in efforts to collect from plaintiff a personal credit account originating with Capital One Bank.

7. Defendant obtained an agreed judgment against plaintiff in docket No. SCC-297383 in the amount of $1,163.47, payable at $75 per month. There was no award of costs or interest.

8. Plaintiff paid regularly.

9. Despite receiving regular payments as agreed and as ordered by the small claims court, including a payment received timely in June, defendant sought a financial institution execution on or about July 1, 2011.

10. On August 28, 2011, defendant took $852.69 from plaintiff's bank account after and despite having received $750 in direct payments from plaintiff.

11. Defendant knew that plaintiff's sole income was from social security, because

it insisted on a financial statement before entering into the judgment.

12. In March, 2011, defendant put a lien on property occupied by plaintiff, knowing that plaintiff had no ownership interest in the property as disclosed on the financial statement.

13. Said lien recited falsely that plaintiff owed a sum certain "plus costs and judgment interest."

14. In the course of the collection, defendant violated §1692d, -e, or -f(1).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a)  That judgment be entered against Defendant for actual damages plus $1,000 statutory damages, pursuant to 15 U.S.C. § 1692k;

(b)  That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f)  That the Court grant such other and further relief as may be just and proper.

PLAINTIFF,

BY  **/s/ Joanne S. Faulkner**
Joanne S. Faulkner ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net